**James A. POWELL; William Baggett, Plaintiffs-Appellants,**

v.

**Paul G. BUTLER, Jr.; Mary Stevens; Van Frizzelle, Defendants-Appellees.**

**No. 17-7354**

United States Court of Appeals, Fourth Circuit.

Submitted: March 13, 2018

Decided: March 16, 2018

James A. Powell and William Baggett, Appellants Pro Se.

Before NIEMEYER, KING, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James A. Powell and William Baggett appeal the district court's order dismissing their 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we deny their motions to appoint counsel and to hold an evidentiary hearing and affirm for the reasons stated by the district court. *Powell v.*

*Butler*, No. 5:16-ct-03296-FL (E.D.N.C. July 25, 2017 & Oct. 10, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*